# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-490
Lower Tribunal No. 17-CA-003695

_____

LAWRENCE DUFRAINE and SHARON DUFRAINE,

Appellants,

v.

GEORGE STEPHEN and SUSAN STEPHEN,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

February 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Marc B. Hernandez and Matthew E. Haynes, of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, for Appellants.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED